UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

**Updated Request for Summons and
Modification of the Conditions or Term of Supervision**

Name of Offender:  William Kaetz            Docket No.: 2:21CR00211

Name of Sentencing Judicial Officer: The Honorable J. Nicholas Ranjan, United States District Judge

Name of Assigned Judicial Officer: The Honorable Mark R. Hornak, Chief United States District Judge

Date of Original Sentence: August 2, 2021

Original Offense: Making Restricted Personal Information Publicly Available in violation of 18 U.S.C. §119(a)(1) and 119(a)(2)

Original Sentence: 16 months imprisonment and 3 years supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: December 6, 2021
                                                   Expiration Date: December 5, 2024

---

**PETITIONING THE COURT**

The offender, not having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

Additional Supervised Release Term #5: You must submit to an initial inspection by the U.S. Probation Office, and to any unannounced examinations during supervision, of your computer equipment. This includes, but is not limited to, personal computers, personal digital assistants, entertainment consoles, cellular telephones, and/or any electronic media device which is owned or accessed by you. You must allow manual searches of these devices and the installation on your computer of any hardware or software systems which monitor computer use. The cost of the computer monitoring program is waived. You may use a computer in connection with employment if approved by the U.S. Probation Office, provided you notify your employer of the nature of your conviction and any computer related restrictions that are imposed on you. The U.S. Probation Office will confirm your compliance with this notification requirement.

Additional Supervised Release Term #6:  You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program.

**Justification**
These conditions will enable the probation officer to satisfy the statutory requirements to keep informed of the conduct and condition of the defendant and report the defendant's conduct and condition to the

sentencing court. Furthermore, antisocial associates provide opportunities to learn the techniques of crime and antisocial attitudes.

## CAUSE

After his release from the Bureau of Prisons, Mr. Kaetz is now being supervised by the United States Probation Office for the District of New Jersey. According to the United States Probation Office for the District of New Jersey, Mr. Kaetz has filed several motions against multiple judicial officers, attorneys, and credit bureaus. Specifically, on or about April 18, 2023, he filed a Complaint of Judicial Misconduct or Disability and a Civil Action Constitutional Offense of the Separation of Powers Doctrine.

Based on Mr. Kaetz prior history of making threats, he poses a significant risk to the community. As such, on April 24, 2023, Mr. Kaetz reported to the United States Probation Office for the District of New Jersey to discuss his recent filings and the Probation Office's concerns that the filings may lead to threatening behaviors like the instant offense. Mr. Kaetz stated he has no intention of causing harm and denied researching any parties involved in his recent filings.

**U.S. Probation Officer Recommendation:**

It is recommended that a summons be issued, and a hearing held to impose the requested conditions in Mr. Kaetz' case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2023

Respectfully submitted,

by *Nicholas Capaccio* Nick Capaccio
2023.08.25
09:31:07 -04'00'

Nick Capaccio
Supervisory U.S. Probation Officer

2

William Kaetz
2:21CR00211

## THE COURT ORDERS:

ORDER

☐ No Action
☐ The Issuance of a Summons:

| | |
|---|---|
| Appearance Date: | |
| Appearance Time: | |
| Courthouse: | |
| Courtroom Number: | |

☒ Other

Additional Supervised Release Terms #5 and #6, as requested above, are hereby added to the Defendant's Conditions of Supervised Release, as of this date, for the reasons stated on the record in open court this date.

MRH
12/8/2023

_____
The Honorable Mark R. Hornak
Chief United States District Judge

12-8-2023
Date

3